David S. SHAIN, Appellant,

v.

STATE of Missouri, Respondent.

No. 64408.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 15, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 15, 1994.

Application to Transfer Denied
April 26, 1994.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals the dismissal of his Rule 24.035 motion as untimely. We find no error of law appears. Rule 84.16(b)(5). Further, we find an opinion in this case would have no precedential value and affirm by summary order. Rule 84.16(b). A memorandum has been provided to the parties for their use only.